# EXHIBIT 2

Supreme Court of Ohio Clerk of Court - Filed March 04, 2024 - Case No. 2014-2157

# The Supreme Court of Ohio

| | |
|---|---|
| Disciplinary Counsel,<br>Relator,<br>v.<br>Steven James Terry,<br>Respondent. | Case No. 2014-2157<br><br>ORDER |

This matter came on for further consideration upon the filing by respondent of a motion to vacate judgment, or alternatively, motion for waiver of Gov.Bar R. V(12)(B).

Upon consideration thereof, it is ordered by the court that the motion is denied.

*Sharon L. Kennedy*
Sharon L. Kennedy
Chief Justice