# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO (Columbus)

| | | |
|---|---|---|
| STEVEN TERRY, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:24-cv-01200 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| SHARON L. KENNEDY, et al., | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SUPREME COURT OF OHIO AND JUSTICES KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER AND DETERS

Now comes Assistant Attorney General Stephen P. Tabatowski (0099175) and enters his appearance as lead and trial counsel on behalf of Defendants Supreme Court of Ohio and Justices Kennedy, Fischer, DeWine, Donnelly, Stewart, Brunner and Deters, substituting for Assistant Attorney General Elizabeth H. Smith (0076701). AAG Smith has transferred to another section within the office of the Ohio Attorney General and has different responsibilities.

The undersigned counsel certifies that, by and through counsel, Defendants are aware and approve of this substitution of counsel. Assistant Attorneys General Tabatowski and Reising are aware of all assignment dates, hearings, and conferences.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/ Stephen P. Tabatowski*
    STEPHEN P. TABATOWSKI (0099175)*
       *Lead and trial counsel*
    JAMES P. REISING (0102996)
    Assistant Attorneys General
    Constitutional Offices Section

30 East Broad Street, 16th Floor
Columbus, OH  43215-3428
Tel: (614) 466-2872 | Fax: (614) 728-7592
Stephen.Tabatowski@OhioAGO.gov
Jame.Reising@OhioAGO.gov

*Counsel for The Supreme Court of
Ohio and Justices Kennedy, Fischer, DeWine,
Donnelly, Stewart, Brunner and Deters*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, a copy of the foregoing *was* filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties have access to this filing through the Court's system.

*/s/ Stephen P. Tabatowski*
STEPHEN P. TABATOWSKI (0099175)
Assistant Attorney General

2