UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN TERRY,

      Plaintiff,

v.                           Civil Action 2:24-cv-1200
                             Chief Judge Algenon L. Marbley
                             Magistrate Judge Chelsey M. Vascura

SHARON L. KENNEDY, *et al.*,

      Defendants.

## ORDER

Plaintiff Steven Terry has filed his Notices of Service of interrogatories and requests for production of documents. (ECF Nos. 14–15.) The Court has not ordered Plaintiff to file these documents. Moreover, the parties have not utilized their discovery requests in a court proceeding. The Court therefore **STRIKES** Plaintiff's filings and **ORDERS** him to cease filing discovery documents, or notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.").

      IT IS SO ORDERED.

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE