**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **STEVEN TERRY,** ) | **CASE NO. 2:24-cv-01200-ALM-CMV** |
| ) | |
| *Plaintiff,* ) | **JUDGE ALGENON L. MARBLEY** |
| ) | |
| v. ) | |
| ) | **JOINT STATUS REPORT** |
| ) | |
| **SHARON L. KENNEDY, et al** ) | |
| ) | |
| *Defendants.* ) | |

Pursuant to the Court order dated September 13, 2024, now come the parties and state the following:

## JOINT STATUS REPORT

The parties are in discussions regarding the scope and needs of the case in light of the Court's March 28, 2025 order on Defendants' motion to dismiss. The parties' discussions remain ongoing. Because the dates in the parties' initial Rule 26(f) report are now stale, the parties intend to confer and file an amended Rule 26(f) report outlining the remaining issues in the case, addressing the parties' discovery needs, and proposing a new case schedule by Friday, April 25, 2025.

Respectfully submitted,

*/s/ Edward L. Gilbert (per email authority 4/11/2025)*
Edward L. Gilbert (0014544)
3070 West Market Street, Suite 100
Akron, Ohio 44333
(330) 376-8855 Telephone
(330) 376-8857 Facsimile
egilbert@edwardlgilbert.com

*Attorney for Plaintiff*

*/s/ Stephen P. Tabatowski*
STEPHEN P. TABATOWSKI (0099175)*
**Lead Counsel*
JAMES P. REISING (0102996)
GREGORY A. RUSTICO (0104103)
ANN YACKSHAW (0090623)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Stephen.Tabatowski@OhioAGO.gov
James.Reising@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov

1

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on April 11, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties can access the filing via the Court's system.

*/s/ Stephen P. Tabatowski*

STEPHEN P. TABATOWSKI (0099175)

Assistant Attorney General