# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEVEN TERRY,**

    **Plaintiff,**

  v.                                  **Civil Action 2:24-cv-1200**
                                        **Judge Algenon L. Marbley**
                                        **Magistrate Judge Chelsey M. Vascura**

**SHARON L. KENNEDY,** *et al.***,**

    **Defendants.**

## **ORDER**

This matter is before the Court on the Parties' Amended Rule 26(f) Report (ECF No. 28).

For good cause shown, the Court **EXTENDS** the case schedule as follows:

- Any motions to amend the pleadings or to join additional parties must be filed by **May 23, 2025**;

- Any motions related to jurisdiction or venue must be filed by **June 2, 2025**;

- All fact discovery must be completed by **October 24, 2025**;

- Any expert reports must be produced by **November 24, 2025**;

- This case will be referred for mediation in **December 2025**; and

- Any dispositive motions must be filed by **January 26, 2026.**

To the extent not inconsistent with this Order, the provisions of the June 4, 2024 Preliminary Pretrial Order remain in effect.

**IT IS SO ORDERED.**

                                                                             /s/ *Chelsey M. Vascura*
                                                                             CHELSEY M. VASCURA
                                                                             UNITED STATES MAGISTRATE JUDGE