UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN TERRY,

        **Plaintiff,**

   v.                                      Civil Action 2:24-cv-1200
                                                 Judge Algenon L. Marbley
                                                 Magistrate Judge Chelsey M. Vascura

SHARON L. KENNEDY, *et al.*,

        **Defendants.**

## ORDER

Plaintiff, Steven Terry, has filed a Notice of Service of his first request for production of documents. (ECF No. 27.) The Court has not ordered Plaintiff to file this document. Moreover, the parties have not utilized the Notice in a court proceeding. The Court therefore **STRIKES** Plaintiff's filing and **ORDERS** him to cease filing discovery documents, or notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

    **IT IS SO ORDERED.**

                                                  /s/ *Chelsey M. Vascura*
                                                 CHELSEY M. VASCURA
                                                 UNITED STATES MAGISTRATE JUDGE