### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STEVEN TERRY,** | ) | **CASE NO.  2:24-cv-01200** |
| | ) | |
| *Plaintiff,* | ) | **JUDGE ALGENON L. MARBLEY** |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF FILING ATTACHMENT** |
| **SHARON L. KENNEDY,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

Now comes Plaintiff, by and through the undersigned, and hereby gives notice of the filing of the Deposition of Allan Asbury, an attachment to Plaintiff Steven Terry's Memorandum in Opposition to Defendants' Motion for Summary Judgment.

Respectfully Submitted,

*/s/ Edward L. Gilbert*
Edward L. Gilbert, Esquire
Edward L. Gilbert Co., L.P.A.
3070 West Market Street, Suite 100
Akron, OH 44333
(330) 376-8855 Telephone
(330) 376-8857 Facsimile
egilbert@edwardlgilbert.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Attachment was electronically filed on this 14th day of July, 2026, and will be accessible to all parties through the Court's electronic filing system.

Respectfully Submitted,

**EDWARD L. GILBERT CO., L.P.A.**

*/s/ Edward L. Gilbert*_____

Edward L. Gilbert (0014544)
Attorney for Plaintiff Steven Terry